**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> **v.** <br> **Carlos Isaac Perez** <br> DOB: 2006; United States Citizen | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> **25-05302MJ** |

Complaint for a violation of Title 26, United States Code, §§ 5841, 5861(d), and 5871

Beginning on or about December 1, 2024 and on or about December 12, 2024, at or near Tucson, in the District of Arizona, **Carlos Isaac Perez**, did knowingly possess a firearm as defined in Title 26, United States Code, Section 5845; that is, a Glock machinegun conversion, not registered to **Perez** in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about December 12, 2024 Tucson Police Department (TPD) officers executed a state search warrant at **Carlos Isaac PEREZ'** residence located at 58 E. 5th Street, Tucson, Arizona. **PEREZ** identified his bedroom which he shares with his girlfriend. During the execution of the search two handguns were located in his bedroom. One of the handguns was a Glock equipped with a machine gun conversion device, a prohibited weapon. **PEREZ'** girlfriend denied knowledge of the handgun. Following the search of his residence, **PEREZ** did not return to the house with his girlfriend. The girlfriend informed police that **PEREZ** left the area walking away because he was angry and nervous. **PEREZ** was eventually detained.

State search warrants were also served on **PEREZ'** social media account on December 13, 2024 and on his cellphone on December 12, 2024. **PEREZ'** social media (Instagram) account was confirmed by the parent company Meta. On his Instagram account **PEREZ** had a conversation with another individual about selling 3D printed machinegun conversion devices aka swift links. The conversation included how much money he could make on the swift links. There were several pictures of **PEREZ** holding the listed firearm contained in his cellphone and on his Instagram account dating back to November 13, 2024 through December 13, 2024.

The firearm was sent off to a Bureau of Alcohol, Tabacco, and Firearms (ATF) lab for designation. On July 10, 2025, an ATF lab report designated the firearm as a fully automatic machinegun. Machinegun conversion devices are required to be registered with the Bureau of Alcohol, Tabacco, and Firearms in the National Firearms Registration and Transfer Record. ATF agents queried the National Firearms Registration and Transfer Record and determined that the machinegun conversion device was not registered to anyone. **Carlos PEREZ** has no firearms registered to him.

The Glock machinegun conversion device was determined to meet the definition of a machinegun, as defined in Title 26, United States Code, Sections 5845, 5841, 5861(d), and 5871. Specifically, that the part is a device able to readily convert a semi-automatic firearm to expel more than one projectile with the single press of the trigger.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT <br> *Carlos Aguilar*  07/22/25 |
|---|---|
| AUTHORIZED BY AUSA *R. Arellano*  *Raquel Arellano* <br> Digitally signed by RAQUEL ARELLANO <br> Date: 2025.07.22 13:35:01 -07'00' | OFFICIAL TITLE <br> ATF TFO/TPD Detective Carlos Aguilar |
| **Sworn by telephone __x__** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> July 22, 2025 |

[1]    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54